■ The People of the State of New York v. Carl Edelson.— Motion for leave to appeal as a poor person from an order of the Court of General Sessions filed February 4, 1961 denying an application for writ of error *coram*

*nobis*, is in all respects denied. The records of this court demonstrate that the same contentions were raised by defendant and found to be without merit when prior appeals from orders denying similar relief were unanimously affirmed (7 A D 2d 717). Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.